505 A.2d 252

**Frank HEDDINGS and Sandra Heddings**

**v.**

**John STEELE and Edith Steele and Mack Gatz.**

**Appeal of John STEELE and Edith Steele.**

Supreme Court of Pennsylvania.

Feb. 10, 1986.

Petitions for Allowance of Appeal GRANTED, Nos. 7 and 8 M.D. Appeal Docket 1986.